IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUXTON DELLECESE,<br><br>        Plaintiff,<br><br>  v.<br><br>ASSIGNED CREDIT SOLUTIONS, INC.<br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-6678 (JBS/KMW)<br><br>**ORDER** |

    This matter having come before the Court by way of Plaintiff's motion for default judgment [Docket Item 6]; the Court having considered the submissions; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **10th** day of **March**, **2017,** hereby

    ORDERED that Plaintiff's motion for default judgment be **GRANTED**; and it is further

    ORDERED that default judgment shall be entered in favor of Plaintiff and against Defendant in the amount of One Thousand Dollars ($1,000) plus attorneys' fees and costs in an amount to be determined; and it is further

ORDERED that Plaintiff shall submit for the Court's approval, within fourteen (14) days of the date of entry of this Order, an Affidavit containing any reasonable attorneys' fees and costs incurred in this matter as required by Local Civil Rule 54.2.

    **s/ Jerome B. Simandle**
    JEROME B. SIMANDLE
    Chief U.S. District Judge